Order issued September *19*, 2012



In The

# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-12-00864-CV

**THE SHOPS AT LEGACY (INLAND) LIMITED PARTNERSHIP, Appellant**

**V.**

**FINE AUTOGRAPHS & MEMORABILIA RETAIL STORES, INC., Appellee**

## ORDER

We **GRANT** appellant's September 4, 2012 motion, as supplemented, for an extension of time to file a brief. Appellant shall file its brief on or before September 24, 2012.

CAROLYN WRIGHT
CHIEF JUSTICE